# Third District Court of Appeal

## State of Florida

Opinion filed December 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1818
Lower Tribunal No. F93-9615
_____

## Antonio Johnson,
Appellant,

vs.

## The State of Florida,
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Robert T. Watson, Judge.

Antonio Johnson, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LINDSEY, GORDO and BOKOR, JJ.

PER CURIAM.

We write only to emphasize the two-year limitation under Florida Rule of Criminal Procedure 3.850(b) and the point raised previously by this Court and echoed by the trial court: "The mere incantation of the words 'manifest injustice' does not make it so. [Petitioner] has failed to allege any facts—nor can he—to justify invoking the extremely limited concept of manifest injustice to excuse a procedural bar and allow us to review the merits of his instant claim." Garcia-Manriquez v. State, 317 So. 3d 1203, 1203 (Fla. 3d DCA 2021) (quoting Beiro v. State, 289 So. 3d 511, 511-12 (Fla 3d DCA 2019)). Affirmed.